UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


MELISSA OLLILA,                                          Civil No.  09-3394 JNE/AJB

                    Plaintiff,


          v.                                             O R D E R

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.
_____

          Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Arthur J. Boylan dated January 13, 2011, all the files and

records, and no objections having been filed to said Recommendation,

          IT IS HEREBY ORDERED that:

          1.      Plaintiff's Motion for Summary Judgment is denied  [Docket No. 15],

          2.      Defendant's Motion for Summary Judgment [Docket No. 22] is granted;

          3.      Judgment be entered accordingly.


DATED: 2-10, 2011.


                                        s/  Joan N. Ericksen_____
                                        Judge Joan N. Ericksen
                                        U. S. District Court